ACCEPTED
12-14-00336-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/17/2015 3:02:51 PM
Pam Estes
CLERK

NO. 12-14-00336-CV

IN THE
TWELFTH COURT OF APPEALS
AT TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/17/2015 3:02:51 PM
PAM ESTES
Clerk

FREDERICK DAWSON GRAHAM
VS
DENA MARIE TURNER

Appealed from the County Court at Law of
Nacogdoches County, Texas

## APPELLANT'S MOTION FOR LEAVE TO FILE CITE LETTER

TO THE HONORABLE COURT OF APPEALS:

Now Comes **FREDERICK DAWSON GRAHAM**, Appellant, and respectfully requests the Court for leave to file a cite letter, and as grounds therefore, would show the Court the following:

1.

Appellant's counsel has become aware of additional authority not previously cited to the Court which bears on the issue of oral pre-marital agreements.

WHEREFORE, PREMISES CONSIDERED, Appellant would pray for leave of Court to file the attached cite letter, and for such other and further relief to which it may be justly entitled.

Respectfully submitted,

Tom Rorie
State Bar No. 17238000
210 North Street
Nacogdoches, TX 75961
(936) 559-1188
(936) 559-0099 Fax
trorie@sbcglobal.net
**ATTORNEY FOR APPELLANT**

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been served on counsel for Appellee this **17** day of September, 2015, by e-file notice, to-wit:

Mr. Jarett T. LaRochelle
Attorney at Law
jarettlarochelle@yahoo.com

Mr. Greg Smith
Attorney at Law
gsmith@rameyflock.com

Tom Rorie

ACCEPTED
12-14-00336-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/14/2015 4:35:47 PM
Pam Estes
CLERK

# TOM RORIE
## ATTORNEY AT LAW

210 NORTH STREET
NACOGDOCHES, TEXAS 75961
PHONE 936/559-1188
FAX 936/559-0099
trorie@sbcglobal.net



**BOARD CERTIFIED**
Texas Board of Legal Specialization

**CIVIL TRIAL LAW**

September 14, 2015

Ms. Cathy S. Lusk
Clerk, Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, TX 75702

      In Re: Cause No. 12-14-100336-CV; *Frederick Dawson Graham vs. Dena Marie Turner*;
      In the Twelfth Court of Appeals

Dear Ms. Lusk:

      I am filing with the court this letter citing additional authority on the issue of oral pre-marital agreements, to support Appellant's position that oral agreements by spouses made prior to marriage are disfavored by Texas law and against the public policy of the state. The additional authority is found in the Texas Family Code, as follows:

Texas Family Code § 4.02 that provides:

      A premarital agreement must be in writing and signed by both parties. The agreement is enforceable without consideration.

and

Texas Family Code § 4.03(a)(1) that provides:

      (a) The parties to a premarital agreement may contract with respect to:

            (1) the rights and obligations of each of the parties in any of the property of either or both of them wherever and whenever acquired or located;

---

Marilou Smith, Legal Assistant
marilou816@sbcglobal.net

Tiffany Dawson, Legal Assistant
family.law@sbcglobal.net

Texas Family Code § 4.05 that provides:

>   After marriage, a premarital agreement may be amended or revoked only by a written agreement signed by the parties. The amended agreement or the revocation is enforceable without consideration.

Thank you for your assistance in this matter. If you have any questions or comments, please feel free to contact me.

Sincerely,

Tom Rorie

TR/td

cc:   Mr. Jarett LaRochelle
      *(By efile)*

      Mr. Greg Smith
      *(By efile)*

      Mr. Frederick Graham
      *(By email)*